IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 14-mj-7109-SCW |
| | ) | |
| EVERETT A. LIVVIX, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon the motion of the government, the within complaint is hereby dismissed.

IT IS SO ORDERED.

     *s// Clifford J. Proud*
CLIFFORD J. PROUD
United States Magistrate Judge